UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L. OTTOLINI,, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, *et al.*, <br><br> Defendant. <br> _____/ | No. C-11-0477 EMC <br><br> **AMENDED ORDER REGARDING DEFENDANTS' MOTION TO DISMISS (Docket #6)** |

Defendants have filed a Motion to Dismiss which is currently set for hearing on May 4, 2011. This Court has been notified by Plaintiff that he was not served with the Notice of Removal and Motion to Dismiss.

IT IS HEREBY ORDERED that Defendants shall re-file and re-notice their Motion to Dismiss. The motion shall include the issue raised in the Court's April 6, 2011 order (Docket #13). Hearing on the motion shall be re-noticed for a date no earlier than **June 1, 2011 at 10:30 a.m.**

Defendants shall serve the Notice of Removal and the re-filed Motion to Dismiss upon Plaintiff at 3325 Moorland Avenue, Santa Rosa, CA 95407. Defendants shall file their certificate of service with this Court.

IT IS SO ORDERED.

Dated: April 14, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L. OTTOLINI,, | No. C-11-0477 EMC |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, *et al.*, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Jay L. Ottolini
3325 Moorland Avenue
Santa Rosa, CA  95407
707-953-9705
PRO SE

Dated:  April 14, 2011               RICHARD W. WIEKING, CLERK

By: ___*Betty Lee*_____
    Betty Lee
    Deputy Clerk