BRYAN CAVE LLP
C. Scott Greene, California Bar No. 277445
Deborah A. Goldfarb, California Bar No. 241942
Thomas S. Lee, California Bar No. 275706
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email: scott.greene@bryancave.com
        Deborah.goldfarb@bryancave.com
        tom.lee@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA), as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC HOMELOANS LP FKA COUNTRYWIDE FINANCIAL LP), AND RECONTRUST COMPANY, N.A. (erroneously sued as RECON TRUST N A)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L. OTTOLINI, <br><br>               Plaintiff, <br><br>      vs. <br><br> BANK OF AMERICA; BAC HOME LOANS LP FKA COUNTRYWIDE FINANCIAL LP; RECON TRUST N A; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS TITLE THERETO; and DOES 1-10 INCLUSIVE. <br><br>               Defendants. | Case No. CV 3-11-CV-00477 EMC <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Kedra Chan, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: kedra.chan@bryancave.com.

On the date listed below, I caused to be served on the interested parties in said action the within:

**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

by placing a true copy thereof in a sealed envelope(s) addressed to each as follows:

Jay L. Ottolini
3325 Moorland Avenue
Santa Rosa, CA 95407
Tel: (707) 953-9705

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

☐ **(BY OVERNIGHT DELIVERY)** Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

☐ **(BY E-MAIL)** I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2012, at San Francisco, California.

*Kedra Chan*
Kedra Chan

1 | **BRYAN CAVE LLP**
Robert Padway, California Bar No. 48439
2 | Deborah A. Goldfarb, California Bar No. 241942
Thomas S. Lee, California Bar No. 275706
3 | Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
4 | Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
5 | Email: robert.padway@bryancave.com
         deborah.goldfarb@bryancave.com
6 |      tom.lee@bryancave.com

7 | Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA), and as successor by
8 | merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC HOME LOANS LP
FKA COUNTRYWIDE FINANCIAL LP), AND RECONTRUST COMPANY, N.A.
9 | (erroneously sued as RECON TRUST N A)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAY L. OTTOLINI | Case No. CV 11-00477-EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| vs. | ORDER |
| BANK OF AMERICA; BAC HOME LOANS LP FKA COUNTRYWIDE FINANCIAL LP; RECON TRUST N A; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS TITLE THERETO; and DOES 1-10 INCLUSIVE. | Complaint Filed:   December 14, 2010<br>Trial Date:           November 5, 2012 |
| Defendants. | |

Plaintiff Jay L. Ottolini ("Plaintiff") and Defendants Bank of America, N.A. (erroneously sued as Bank of America), and as successor by merger to BAC Homes Loans Servicing, LP (erroneously sued as BAC Home Loans LP FKA Countrywide Financial LP), and ReconTrust Company, N.A. (erroneously sued as Recon Trust N A) (collectively, "Defendants"), by and through their respective attorneys of record, stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Dated: February 13, 2012

JAY L. OTTOLINI, IN PRO PER

By: /s/ Jay L. Ottolini
Jay L. Ottolini

Dated: February 13, 2012

BRYAN CAVE LLP

By: /s/ Thomas Lee
Thomas Lee
Attorney for Defendants
BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA), and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC HOMELOANS LP FKA COUNTRYWIDE FINANCIAL LP), AND RECONTRUST COMPANY, N.A. (erroneously sued as RECON TRUST N A)

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

**IT IS SO ORDERED**
Judge Edward M. Chen